1
2
3
4
5
6             **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**
8
9

| | | |
|---|---|---|
| 10 TAGLE VICTOR, | ) | |
| | ) | 2:13-cv-0085-GMN-NJK |
| 11            Petitioner, | ) | |
| | ) | |
| 12 vs. | ) | ORDER |
| | ) | |
| 13 BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| 14            Respondents. | ) | |

16      This is an action initiated by Tagle Victor, a state prisoner, who has submitted a petition for writ
17 of habeas corpus and an application to proceed *in forma pauperis*. However, the required financial
18 certificate was not properly authenticated by prison officials. ECF No. 1, p. 6. Having reviewed the time
19 line set out in petitioner's proposed habeas corpus petition, it appears that petitioner has adequate time
20 to submit the proper documentation or to pay the filing fee. Therefore, this action shall be dismissed
21 without prejudice for failure to pay the fee or submit a properly completed application to proceed
22 without payment.

23      **IT IS THEREFORE ORDERED** the Clerk shall send petitioner a form and instruction for the
24 *in forma pauperis* application and shall also return a copy of the proposed petition.

25      **IT IS FURTHER ORDERED**  that this action is **DISMISSED** without prejudice. The Clerk
26

1 shall enter judgment accordingly.

2       **DATED** this 24th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge